UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| OBERDEEN CLICK,<br>    PLAINTIFF<br><br>v.<br><br>RANDY THOMPSON, *Individually and*<br>*In his Official Capacity as*<br>*Judge-Executive of Knott County, KY*<br>    DEFENDANTS | CIVIL ACTION NO. 7:12-32-KKC<br><br><br>**JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

    1)    the Plaintiff's retaliation claim under 42 U.S.C. § 1983 is DISMISSED with prejudice;

    2)    the Plaintiff's state-law claim of wrongful discharge is DISMISSED without prejudice;

    3)    this action is DISMISSED and STRICKEN from the active docket; and

    4)    this judgment is FINAL and Appealable.

Dated this 6th day of May, 2014.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY